*Melissa L. Streeto*, deputy assistant state's attorney, in opposition.

Decided January 9, 2003

STATE OF CONNECTICUT *v.* JASPER MCFADDEN

*Salvatore C. Adamo*, special public defender, in support of the petition.

*Rita M. Shair*, senior assistant state's attorney, in opposition.

Decided January 9, 2003

KENNETH F. LEMOINE, JR. *v.* COMMISSIONER
OF CORRECTION

*Conrad Ost Seifert*, special public defender, in support of the petition.

*Toni M. Smith-Rosario*, assistant state's attorney, in opposition.

Decided January 9, 2003

COALITION TO SAVE HORSEBARN HILL ET AL.
*v.* FREEDOM OF INFORMATION
COMMISSION ET AL.

*Nancy Burton,* in support of the petition.

Decided January 9, 2003

DANIEL D'AMICO *v.* DEPARTMENT OF CORRECTION

*Harvey L. Levine,* in support of the petition.

*Douglas L. Drayton,* in opposition.

Decided January 9, 2003

ANDRE RHODES *v.* COMMISSIONER OF
CORRECTION

*Sebastian O. DeSantis,* special public defender, in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided January 9, 2003

STATE OF CONNECTICUT *v.* JAMES LATTANZIO

*James Lattanzio,* pro se, in support of the petition.